PROB 12B
(7/93)

Report Date: October 3, 2011

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 05 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Kenneth Ray Mitchell | Case Number: 2:05CR00053-001 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 03/09/2006 | Type of Supervision: Supervised Release |
| Original Offense:<br>Conspiracy to Distribute 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 846, 841(a)(1) and (b)(1)(B)(viii)<br><br>Distribution of 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) | Date Supervision Commenced: 09/06/2011 |
| Original Sentence: Prison - 84 Months; TSR - 48 Months | Date Supervision Expires: 07/05/2014 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall participate in the home confinement program for 90 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising officer.

## CAUSE

On September 27, 2011, Mr. Mitchell was terminated from his placement at the Spokane Residential Reentry Center (RRC) as he failed to complete the required physical examination required by the Bureau of Prisons (BOP) in the time period allotted. Mr. Mitchell recently began intensive outpatient drug treatment through Pioneer Counseling. Further, he is in the process of applying for the Sobriety Treatment and Education Program (STEP). Imposing a condition of home confinement with electronic monitoring will reasonably replace the correctional and controlling strategy that was in place through his placement at the RRC. Mr. Mitchell is currently residing with a friend; however, will be moving into a clean and sober residence (ie: Oxford House).

Prob 12B
**Re:  Mitchell, Kenneth Ray**
**October 3, 2011**
**Page 2**

                I declare under penalty of perjury that the foregoing is true and correct.

                Executed on:   10/03/2011

                s/Matthew L. Thompson

                Matthew L. Thompson
                U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

October 3, 2011
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20    You shall participate in the home confinement program for 90 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising officer.

Witness: _____    Signed: _____
         Matthew L. Thompson                      Kenneth Ray Mitchell
         U.S. Probation Officer                   Probationer or Supervised Releasee

October 3, 2011
Date